IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDA DURON,<br><br>             Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>             Defendant. | CASE NO. 1:21-cv-00149-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER |

Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 5 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: July 20, 2021                      Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          */s/ Benjamin E. Hall*
                                          BENJAMIN E. HALL
                                          Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:   **July 20, 2021**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

1