UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDA DURON,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>        Defendant. | CASE NUMBER: 1:21-cv-00149-GSA<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

    Plaintiff moves for an unopposed 60-day extension of time from November 19, 2021 to January 18, 2022 to file an opening brief. This is Plaintiff's second extension in this case, and first extension request for cause having previously used the 30-day extension provided by the scheduling order as of right.

    The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties. Doc. 5 at 3. Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." *Id*.

    When considering whether good cause exists to modify a scheduling order, courts consider the foreseeability of the impediment to meeting the deadline and the party's diligence in seeking the extension once it became apparent they could not meet the deadline. *See Sharp v. Covenant Care LLC,* 288 F.R.D. 465, 467 (S.D. Cal. 2012); *Ordaz Gonzalez v. Cty. of Fresno*, No. 1:18-CV-01558-BAM, 2020 WL 2539287, at *2 (E.D. Cal. May 19, 2020). The Court has the inherent power to manage its own docket to achieve an orderly and expeditious resolution of cases. *Southern California Edison Co. v. Lynch*, 307 F.3d 794 (9th Cir. 2002).

    Counsel seeks the extension due to an increased case load, year-end administrative duties

at his firm, and pre-planned holiday travel.  Counsel identified sufficient good cause for the extension and sought it reasonably in advance of the upcoming November 19 deadline. A 60-day extension seems a bit excessive, however, on the heels of the 30-day extension provided by the scheduling order.  A 45-day extension will be granted.

Accordingly, it is **ORDERED** that Plaintiff's deadline to file an opening brief is extended to and including January 3, 2022.  All other deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated:   **November 12, 2021**                         **/s/ Gary S. Austin**
                                                                                  UNITED STATES MAGISTRATE JUDGE