UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDA DURON,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO.: 1:21-cv-00149-GSA<br><br>**ORDER GRANTING DEFENDANT EXTENSION OF TIME TO FILE RESPONSE BRIEF** |

The parties stipulate to a 45-day extension of time from April 25, 2022 to June 9, 2022 for Defendant to file a response brief due to counsel's workload. This is Defendant's first extension.

When considering whether good cause exists to modify a scheduling order, courts consider the foreseeability of the impediment to meeting the deadline and the party's diligence in seeking the extension once it became apparent they could not meet the deadline. *See Sharp v. Covenant Care LLC,* 288 F.R.D. 465, 467 (S.D. Cal. 2012); *Ordaz Gonzalez v. Cty. of Fresno*, No. 1:18-CV-01558-BAM, 2020 WL 2539287, at *2 (E.D. Cal. May 19, 2020). The Court has the inherent power to manage its own docket to achieve an orderly and expeditious resolution of cases. *Southern California Edison Co. v. Lynch*, 307 F.3d 794 (9th Cir. 2002).

Counsel identified good cause for the extension and sought it well in advance of the deadline. Accordingly, it is **ORDERED** that Defendant's deadline to file a response brief is extended to and including June 9, 2022. All other deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated: __**April 5, 2022**__      _____/s/ Gary S. Austin_____
                                                            UNITED STATES MAGISTRATE JUDGE